**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-51011 |
| VEGA INDUSTRIAL PRODUCTS LLC | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:
Date:          March 22, 2013
Time:          9:15 a.m.
Location:      Joliet City Hall
               Second Floor
               150 West Jefferson Street
               Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: February 19, 2013        By: */s/ Joji Takada*
                                           Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
VEGA INDUSTRIAL PRODUCTS LLC § Case No. 11-51011
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 3,000.00 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of[1] | $ 3,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 750.00 | $ 0.00 | $ 750.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 750.00 |
| Remaining Balance | | | $ 2,250.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,595.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Simoniz Usa | $ 7,100.28 | $ 0.00 | $ 1,024.40 |
| 2 | Lagasse Inc | $ 8,494.89 | $ 0.00 | $ 1,225.60 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,250.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-51011-BWB
Vega Industrial Products LLC                                            Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: vrowe          Page 1 of 2          Date Rcvd: Feb 20, 2013
                            Form ID: pdf006      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2013.
```
db          #+Vega Industrial Products LLC,    2341 Copper Court Unit 1,    Crest Hill, IL 60403-1773
18284169     Ascentium Capital LLC,    PO Box 203909,    Houston, TX 77216-3909
18284171    ++++BOB RUSSELL,    CATON INDUSTRIAL PARK,    23812 W GETSON AVE,    PLAINFIELD IL  60544-3124
             (address filed with court: Bob Russell,    Caton Industrial Park,    209 Getson,
              Plainfield, IL 60544)
18284170    +Bio Industries Inc,    540 Allendale Drive,    Wheeling, IL 60090-2603
18284172     Business Card,    PO Box 15796,    Wilmington, DE 19886-5710
18284178     CST Bldg,    PO Box 33127,    Louisville, KY 40232-3127
18284173    +Canberra Corp.,    3610 Holland-Sylvania,    Toledo, OH 43615-1099
18284174    +Chase,    P.O. Box 9001022,    Louisville, KY 40290-1022
18284175     Chase Bank,    PO Box 9001008,    Louisville, KY 40290-1008
18284176    +Creditors Financial Group,    PO Box 440290,    Aurora, CO 80044-1500
18284177    +Crown Chemical,    4701 W 136 St,    Crestwood, IL 60445-1968
18284179     EDIC,   1753 Blake Avenue,    Los Angeles, CA 90031-1006
18284180    +Greenwood Mop Broom,    PO Box 1426,    Greenwood, SC 29648-1426
18862740    +JPMorgan Chase Bank, N.A.,    c/o The Law Office of Douglas R. Johnson,
              321 N. Clark St., 5th Floor,    Chicago, IL 60654-4769
18562423     Lagasse Inc,    One Parkway North Blvd,    Ste 100,    Deerfield, IL 60015
18640936     Lagasse Inc,    One Parkway North Blvd,    Deerfield, IL 60015
18284181     Legasse,    1339 Solution Center,    Carol Stream, IL 60188
18284182    +Nation Tissue Company,    3326 E Layton Avenue,    Cudahy, WI 53110-1405
18284183    +Palmer Fixture Company,    PO Box 10887,    Green Bay, WI 54307-0887
18284184    +R3 Chicago,    5772 Collection Center Drive,    Chicago, IL 60693-0057
18284185     Simoniz USA,    201 Boston Turnpike,    Bolton, CT 06043-7203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18284186    ##+Teller Levit & Silvertruxt PC,    11 East Adams St.,    Chicago, IL 60603-6324
                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2013**                   **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: vrowe              Page 2 of 2           Date Rcvd: Feb 20, 2013
                              Form ID: pdf006          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2013 at the address(es) listed below:
- Douglas R Johnson    on behalf of Creditor    JPMorgan Chase Bank, N.A. dj@illinoisattorney.com, katherine.rehan@illinoisattorney.com
- Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com, jtakada@ecf.epiqsystems.com
- Joji  Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
- Patrick A Meszaros    on behalf of Debtor    Vega Industrial Products LLC patrickmeszaros@yahoo.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Zane L Zielinski    on behalf of Trustee Joji  Takada zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

                                                                                                TOTAL: 6