# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: § 
§ 
VEGA INDUSTRIAL PRODUCTS LLC § Case No. 11-51011
§ 
Debtor(s) § 

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee          , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                  Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                  Claims Discharged
                                                   Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joji Takada, Chapter 7 Trustee _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | N. A. Jpmorgan Chase Bank |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada |  |  |  |  |  |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Lagasse Inc | | | | | |
| 1 | Simoniz Usa | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-51011 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |

Case Name:   VEGA INDUSTRIAL PRODUCTS LLC

Date Filed (f) or Converted (c):   12/21/2011 (f)

341(a) Meeting Date:   01/18/2012

For Period Ending:   08/08/2013

Claims Bar Date:   05/02/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Accounts Receivable | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 3.  Vehicle | 12,000.00 | 12,000.00 | | 3,000.00 | FA |
| 4.  Computers | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5.  Machinery Fixtures Equipment Used in Business | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6.  Inventory | 1,000.00 | 1,000.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $25,500.00   $25,500.00   $3,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

121212--Settlement proceeds received from sale of truck; Correspondence with secured creditor to withdraw secured claim.
013013--TFR sent to UST for approval.

| RE PROP # | 1 | -- | Checking Chase Bank |
| RE PROP # | 2 | -- | Accounts receivables 30 day to 50 day |
| RE PROP # | 3 | -- | 2002 International Truck Box Truck - 226,000 miles |
| RE PROP # | 4 | -- | Computer systems with software used in business; All equipment is six years old |
| RE PROP # | 5 | -- | Yale Walky Forklift approximatly 10 to 15 years old |
| RE PROP # | 6 | -- | Inventory |

Initial Projected Date of Final Report (TFR): 12/21/2013        Current Projected Date of Final Report (TFR): 12/21/2013

Case 11-51011   Doc 27   Filed 08/15/13   Entered 08/15/13 14:31:02   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-51011

Case Name: VEGA INDUSTRIAL PRODUCTS LLC

Taxpayer ID No: XX-XXX7692

For Period Ending: 08/08/2013

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX8019

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/13/12 | 3 | Ascentium Capital 23970 Highway 59 N Kingwood, Texas 77339-1535 | Settlement funds Settlement of liquidation of vehicle | 1129-000 | $3,000.00 | | $3,000.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8238 | Transfer of Funds | 9999-000 | | $3,000.00 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $3,000.00 | $3,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $3,000.00 |
| Subtotal | $3,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,000.00 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Page Subtotals:   $3,000.00   $3,000.00

Case 11-51011   Doc 27   Filed 08/15/13   Entered 08/15/13 14:31:02   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-51011 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: VEGA INDUSTRIAL PRODUCTS LLC | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8238 |
| | Checking |
| Taxpayer ID No: XX-XXX7692 | Blanket Bond (per case limit): |
| For Period Ending: 08/08/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx8019 | Transfer of Funds | 9999-000 | $3,000.00 | | $3,000.00 |
| 03/27/13 | 100001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $750.00 | $2,250.00 |
| 03/27/13 | 100002 | Simoniz Usa 201 Boston Turnpike Bolton, Ct 06043-7203 | Final distribution to claim 1 representing a payment of 14.43 % per court order. | 7100-000 | | $1,024.40 | $1,225.60 |
| 03/27/13 | 100003 | Lagasse Inc One Parkway North Blvd Deerfield, Il 60015 | Final distribution to claim 2 representing a payment of 14.43 % per court order. | 7100-000 | | $1,225.60 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,000.00 | $3,000.00 |
| Less: Bank Transfers/CD's | $3,000.00 | $0.00 |
| Subtotal | $0.00 | $3,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $3,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Page Subtotals:          $3,000.00          $3,000.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8019 - Checking Account | $3,000.00 | $0.00 | $0.00 |
| XXXXXX8238 - Checking | $0.00 | $3,000.00 | $0.00 |
| | $3,000.00 | $3,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,000.00 |
| Total Gross Receipts: | $3,000.00 |

Page Subtotals:                    $0.00                    $0.00